UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    - v. -                         :        APPLICATION AND
                                                      :        UNSEALING ORDER

JOSE FRANCISCO MENDOZA,             :
  a/k/a "Jose Vidales-Mendoza,"    :        S1 07 Cr. 756
  a/k/a "Juan Carlos Flores,"      :
  a/k/a "Pepe,"                    :
FRANCISCO AMBRIZ, JR.,              :
  a/k/a "Pee Wee,"                 :
ALBA NAZARIO,                       :
  a/k/a "La Flaca,"                :
  a/k/a "Geovany,"                 :
JEIMY ORTIZ,                        :
EMERSON GUZMAN,                     :
  a/k/a "Flaco,"                   :
  a/k/a "Charlie,"                 :
ELVIS TEJADA,                       :
ROSALY GARCIA-GUZMAN,               :
  a/k/a "Charlie,"                 :
  a/k/a "Shally,"                  :
CANDIDO RAFAEL FERNANDEZ,           :
  a/k/a "Ralphie,"                 :
CESAR ESTEVEZ,                      :
  a/k/a "Boli,"                    :
  a/k/a "Bolivita,"                :

              Defendants.        :

- - - - - - - - - - - - - - - - x



       The United States of America, by Michael J. Garcia, United States Attorney for the Southern District of New York, and Rua M. Kelly, Assistant United States Attorney, of counsel, hereby makes this application to this Court for an Order: (1) to unseal the Indictment in the above-captioned matter; and (2) to make

0293

publicly available a copy of the Indictment.

                     MICHAEL J. GARCIA
                     United States Attorney
                     Southern District of New York

       By: _____
                     Rua M. Kelly
                     Assistant United States Attorney
                     Southern District of New York
                     (212) 637-2471

IT IS SO ORDERED:

Dated: New York, New York
      August __, 2007

                     _____
                     UNITED STATES MAGISTRATE JUDGE
                     SOUTHERN DISTRICT OF NEW YORK