```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

-v-

**Jose Francisco Mendoza**
*also known as* Jose Vidales-Mendoza
*also known as* Juan carlos Flores
*also known as* Pepe
　　　　　　　　　　　　Defendant.

Case No. 07-CR-756 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

　　　　The above-entitled action having been assigned to the undersigned for all purposes,

　　　　IT IS HEREBY ORDERED that defendant Mendoza, his counsel and counsel for the Government appear for argument on the defendant's motion for recusal on **Thursday, October 25, 2007 at 10:15am** in Courtroom 21C in the United States Federal Courthouse- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:　October 23, 2007
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　／s／ Richard J. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE