

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                  07-CR-00756

JOSE FRANCISCO MENDOZA,

    Defendant

## ORDER ON DEFENDANT JOSE FRANCISCO MENDOZA'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

The Defendant JOSE FRANCISCO MENDOZA's Motion to Substitute Counsel is hereby:

    ✓    GRANTED

        DENIED

Signed in New York, New York on this the 4th day of January, 2008.

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                                                                          07-CR-00756

JOSE FRANCISCO MENDOZA,

    Defendant

### DEFENDANT JOSE FRANCISCO MENDOZA'S UNOPPOSED
### MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE RICHARD J. SULLIVAN:

The Defendant in the above styled and numbered cause, JOSE FRANCISCO MENDOZA, respectfully moves the Court for an order substituting Cristobal M. Galindo and discharging Ramon Anthony Pagan, Jr. as attorney of record for the Defendant in this cause. In support of this motion, JOSE FRANCISCO MENDOZA would show the Court as follows:

**I.**

Ramon Anthony Pagan, Jr. was previously retained to represent the Defendant in this cause. The Defendant no longer desires to be represented by Ramon Anthony Pagan, Jr..

Cristobal M. Galindo has been employed to represent the Defendant in this cause.

The Defendant approves this substitution, as evidenced by the Defendant's signature on this motion.

This motion is not brought for delay, but to allow the Defendant to be represented by counsel of choice.

**II.**

Counsel for the Defendant conferred with Assistant United States Attorney, Rua M. Kelly,

about this motion. The government is not opposed to this motion.

JOSE FRANCISCO MENDOZA prays that the Court enter an order substituting Cristobal M. Galindo, and discharging Ramon Anthony Pagan, Jr. as attorney of record in this cause.

Respectfully Submitted,

_____
CRISTOBAL M. GALINDO
Texas State Bar Number: 24026128
2714 Louisiana, Suite 200
Houston, Texas 77006
Telephone: (713) 228-3030
Fax: (713) 228-3003

ATTORNEY FOR THE DEFENDANT
JOSE FRANCISCO MENDOZA


_____
JOSE FRANCISCO MENDOZA
DEFENDANT


Approved for Content:

_____        Date: 1-4-08
Ramon Anthony Pagan, Jr.

2