

**GALINDO, PC**
ATTORNEY AT LAW



January 16, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/17/08

The Honorable Richard J. Sullivan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   No. 07-CR-00756; United States of America v. Jose Francisco Mendoza

Judge Sullivan:

I hereby withdraw the motion for the recusal and/or disqualification filed by Mr. Pagan.

Thank you for your cooperation.

If you have any questions, please advise.

Sincerely,

Cristóbal M. Galindo

The Clerk of the Court shall terminate the motion docketed as Document #35.

SO ORDERED
Dated: 1/17/08
RICHARD J. SULLIVAN
U.S.D.J.

2714 Louisiana St. - Suite 200
Houston TX 77006
Tel: 713-228-3030   Fax: 713-228-3003
cmg@galindolaw.com