UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

07-CR-00756 (RJS)

JOSE FRANCISCO MENDOZA

---

MOTION TO ADMIT COUNSEL *PRO HAC VICE*

To: Clerk
United States District Court
For the Southern District of New York
500 Pearl Street
New York, New York 10007

In accordance with Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Linda George, a member in good standing of the bar of this Court, hereby move for an Order allowing admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Cristobal M. Galindo |
| Firm~ Name: | Cristobal M. Galindo, P.C. |
| Address: | 2714 Louisiana, Suite 2714 |
| City/State/Zip: | Houston, Texas 77006 |
| Phone Number: | (713) 228-3030 |
| Fax Number: | (713) 228-3003 |
| Email Address: | cmg@galindolaw.com |

Cristobal M. Galindo is a member in good standing of the State Bar of Texas and is admitted to practice before the United States District Court for Southern District of Texas and is in good standing. There are no pending disciplinary proceedings against Cristobal M. Galindo in any State or Federal Court. Attached to this motion are Certificates of Good Standing for United States District Court for Southern District of Texas and the State Bar of Texas. Cristobal M.

Galindo is currently attorney of record in one other matter pending in this district, that of No. 07-CR-00804-RJS, *United States of America v. Carlos Pena Ontiveros,* currently before this court.

In addition to this application, a separate application for admission *Pro Hac Vice* is being made simultaneously in the matter of *U.S. vs. Sergio Medrano* 06-CR-00061-RJH-1.

Respectfully submitted,

**LINDA GEORGE**
Attorney at Law
SDNY Bar Code: LG7041
505 North Main Street, Suite 214
Hackensack, New Jersey 07601
Telephone: (201) 487-5225
Fax: (201) 487-8807

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the Defendant JOSE FRANCISCO MENDOZA Motion to Admit Counsel Pro Counsel was served on Alexander J. Willscher, Assistant United States Attorney, SDNY, One Andrew's Plaza, New York, New York, 10007, Telephone (212) 637-2736, Fax: 212-637-2390 on the 3rd day of April, 2008

**CRISTOBAL M. GALINDO**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

v.

07-CR-00756 (RJS)

**JOSE FRANCISCO MENDOZA**

---

### AFFIDAVIT OF LINDA GEORGE IN SUPPORT OF
### MOTION TO ADMIT COUNSEL *PRO HAC VICE*

STATE OF NEW JERSEY §
§
COUNTYOF BERGEN §

Linda George, being duly sworn, hereby deposes and says as follows:

1. I am a attorney at law of New Jersey on office located at 505 Main Street, Suite 214, Hackensack, New Jersey 07601. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Cristobal M. Galindo as counsel pro *hac vice* to represent the Defendant in this matter.

2. l am a member in good standing of the following bars:

    New Jersey Supreme Court
    United States District Court of New Jersey
    United States District Court for the Eastern District of New York
    United States District Court for the Northern District of New York
    United States District Court for the District of Puerto Rico
    United States District Court for the District of Columbia
    United States Court of Appeals for the First Circuit
    United States Court of Appeals for the Second Circuit
    United States Court of Appeals for the Third Circuit
    United States Court of Appeals for the Fourth Circuit
    United States Court of Appeals for the Eleventh Circuit
    United States Supreme Court

I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court, having been admitted on June 7, 1985.

3. I have known Cristobal M Galindo for the past several months as we are presently working together on an appeal that will be filed with the United States Court of Appeals for the Second Circuit.

4. Mr. Galindo is in private practice in Houston, Texas.

5. I have found Mr. Galindo to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Cristobal M. Galindo, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Cristobal M. Galindo, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Cristobal M. Galindo, *pro hac vice*, to represent JOSE FRANCISCO, Defendant in the above captioned matter, be granted.

Dated: April ___, 2008
City, State: Hackensack, New Jersey

Respectfully submitted,

_____
LINDA GEORGE
Attorney at Law
SDNY Bar Code: LG7041
505 North Main Street, Suite 214
Hackensack, New Jersey 07601
Telephone: (201) 487-5225
Fax: (201) 487-8807

SIGNED under oath before me on April ___, 2008.

_____
Notary Public, State of New Jersey

PEATRICE A. MARTIN
Notary Public of New Jersey
I.D. No. 2197389
My Commission Expires 01/24/2012

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

March 11, 2008

Re:  Cristobal Miguel Galindo, State Bar Number 24026128

To Whom It May Concern:

This is to certify that Mr. Cristobal Miguel Galindo was licensed to practice law in Texas on June 29, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Galindo's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/ss



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Cristobal M. Galindo**, Federal ID No. **25652**, is duly admitted to practice in said Court on **August 18, 2000** and is in good standing as a member of the bar of said Court.

Dated March 6, 2008 at Houston, Texas.



MICHAEL N. MILBY, Clerk

By: _____
Ebonee' Spencer
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

07-CR-00756 (RJS)

JOSE FRANCISCO MENDOZA

---

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Linda George, sponsoring attorney and said sponsoring attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Cristobal M. Galindo |
| Firm Name: | Cristobal M. Galindo, P.C. |
| Address: | 2714 Louisiana, Suite 2714 |
| City/State/Zip: | Houston, Texas 77006 |
| Phone Number: | (713) 228-3030 |
| Fax Number: | (713) 228-3003 |
| Email Address: | cmg@galindolaw.com |

is admitted to practice *pro hac vice* as counsel for JOSE FRANCISCO MENDOZA in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Date:    April __ 2008

_____
United States District Court Judge
Honorable Barbara S. Jones