UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          Plaintiff,

-v-

JOSE FRANCISCO MENDOZA, *et al.*,

          Defendants.

No. 07 Cr. 756 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/09

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Mr. Allan P. Haber, Esq., counsel for defendant Alba Nazario in this matter, addressing his absence from the conference held on April 11, 2008.

    Mr. Haber is advised that, at the conference on April 11, 2008, the Court set June 16, 2008 as the tentative date for commencement of trial in this matter. The Court also scheduled another status conference for May 12, 2008 at 2:00 p.m., and excluded time between April 11, 2008 and May 12, 2008 under 18 U.S.C. § 3161(h), although time was already excluded given the existence of pending pre-trial motions and a scheduled oral argument date.

    Mr. Haber is directed to order a copy of the transcript of the April 11, 2008 conference and review it, as well as to meet with his client to discuss the proceedings on April 11, 2008 and the reasons for his absence from that conference.

SO ORDERED.

Dated:     April 17, 2008
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE