USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

JOSE FRANCISCO MENDOZA, et al.,

Defendants.

No. 07 Cr. 756 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

At the conference on May 12, 2008, the Court adopted the following schedule:

Trial in this case shall commence on June 16, 2008.

The government shall submit a status letter to the Court on or before May 28, 2008, indicating how many defendants it expects will be going to trial. Counsel for defendant Deondray King shall also submit a status letter to the Court on or before May 28, 2008, addressing developments relating to her trial schedule, if any.

On or before June 2, 2008, the government shall submit to the Court and serve on all defendants notice of all evidence sought to be introduced by the government pursuant to Rule 404(b) of the Federal Rules of Evidence.

Motions in limine shall be filed and served on or before June 6, 2008. The government shall also serve its exhibit list on or before June 6, 2008.

On or before June 6, 2008, the government and all defendants shall jointly submit to the Court proposed voir dire questions as well as a proposed jury charge.

The Court shall hold a pre-trial conference on June 11, 2008 at 10:00 a.m.

SO ORDERED.

Dated: May 13, 2008
New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE