UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

------------------------------------------------

UNITED STATES OF AMERICA

v.

07-CR-00756 (RJS)

JOSE FRANCISCO MENDOZA

------------------------------------------------

### ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Upon the motion of Linda George, sponsoring attorney and said sponsoring attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Cristobal M. Galindo |
| Firm Name: | Cristobal M. Galindo, P.C. |
| Address: | 2714 Louisiana, Suite 2714 |
| City/State/Zip: | Houston, Texas 77006 |
| Phone Number: | (713) 228-3030 |
| Fax Number: | (713) 228-3003 |
| Email Address: | cmg@galindolaw.com |

is admitted to practice *pro hac vice* as counsel for JOSE FRANCISCO MENDOZA in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Date: May 20, 2008

United States District Court Judge
~~Honorable Barbara S. Jones~~
Richard Sullivan