UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA       :
                                :
   - v. -                       :                  **ECF CASE**
                                :
JOSE MANUEL CARRANZA-IBANEZ,  :    **NOTICE OF APPEARANCE AND**
   a/k/a "Little Joe,"        :    **REQUEST FOR ELECTRONIC**
   a/k/a "Khaki,"             :              **NOTIFICATION**
JOSE FRANCISCO MENDOZA,       :
   a/k/a "Jose Vidales-Mendoza, :
   a/k/a "Juan Carlos Flores," :      **S2 07 Cr. 756 (RJS)**
   a/k/a "Pepe,"              :
FRANCISCO AMBRIZ, JR.,        :
   a/k/a "Pee Wee,"          :
ALBA NAZARIO,                  :
   a/k/a "La Flaca,"         :
   a/k/a "Geovany,"          :
JEIMY ORTIZ,                   :
EMERSON GUZMAN,              :
   a/k/a "Flaco,"             :
   a/k/a "Charlie,"          :
ELVIS TEJADA,                  :
ROSALY GARCIA-GUZMAN,         :
   a/k/a "Charlie,"          :
   a/k/a "Shally,"          :
CANDIDO RAFAEL-FERNANDEZ,     :
   a/k/a "Ralphie,"          :
CESAR ESTEVEZ,                :
   a/k/a "Boli,"              :
   a/k/a "Bolivita,"         :
DEONDRAY KING,                :
   a/k/a "Deandre King,"     :
   a/k/a "Andre King,"       :
   a/k/a "Champion,"         :
   a/k/a "Champ,"            :
                                :
            Defendants.    :
                                :
- - - - - - - - - - - - - - - - - x

TO:   Clerk of Court
      United States District Court
      Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully submitted,

                                        MICHAEL J. GARCIA
                                      United States Attorney for the
                                          Southern District of New York

                                      by: /s/ Jenna M. Dabbs
                                      Jenna M. Dabbs
                                      Assistant United States Attorney
                                      Tel: (212) 637-2212
                                      Fax: (212) 637-2387