UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
6/4/08

---

UNITED STATES OF AMERICA,

-v-

JOSE FRANCISCO MENDOZA, *et al.*,

Defendants.

No. 07 Cr. 756 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

As discussed at the conference on June 3, 2008, the Court adopts the following schedule:

Trial in this case shall commence on July 14, 2008, absent further notice from the Court.

The government shall submit a status letter to the Court on or before June 30, 2008, addressing the status of AUSA Dabbs's July 7, 2008 trial.

Motions in limine shall be filed and served on or before July 3, 2008. The government shall also serve its exhibit list on or before July 3, 2008.

On or before July 3, 2008, the government and all defendants shall jointly submit to the Court proposed voir dire questions as well as a proposed jury charge.

The Court shall hold a pre-trial conference on July 10, 2008 at 4:30 p.m. The government shall also be prepared to turn over any material pursuant to 18 U.S.C. § 3500 at that conference.

SO ORDERED.

Dated:   June 4, 2008
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE