UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
7/1/08

UNITED STATES OF AMERICA,

against

JOSE FRANCISCO MENDOZA, *et al.*,

Defendants.

No. 07 Cr. 756 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from the government, dated June 30, 2008, requesting an adjournment of the trial date in this matter until July 21, 2008. That request is granted. All other dates referenced in the Court's June 4, 2008 Order shall remain the same. Accordingly, the Court adopts the following schedule:

> Trial in this case shall commence on July 21, 2008.
>
> Motions in limine shall be filed and served on or before July 3, 2008. The government shall also serve its exhibit list on or before July 3, 2008.
>
> On or before July 3, 2008, the government and all defendants shall jointly submit to the Court proposed voir dire questions as well as a proposed jury charge.
>
> The Court shall hold a pre-trial conference on July 10, 2008 at 4:30 p.m. The government shall also be prepared to turn over any material pursuant to 18 U.S.C. § 3500 at that conference.

SO ORDERED.

Dated:   July 1, 2008
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE