UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



United States of America,

   -v-

**Jose Francisco Mendoza**
*also known as* Jose Vidales-Mendoza
*also known as* Juan carlos Flores
*also known as* Pepe
                Defendant.

Case No. 07-CR-756 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

Pursuant to the attached letter submitted by the Defendant,

IT IS HEREBY ORDERED that defendant Mendoza, his counsel and counsel for the Government appear for a status conference on the Defendant's motion for new counsel on **Wednesday, September 10, 2008 at 3pm** in Courtroom 21C in the United States Federal Courthouse- 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    August __14__, 2008
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

```
          Jose Francisco Mendoza
            Reg. N°: 70196-054
         Metropolitan Correctional Center
                150 Park Row
              New York, NY 10007
```

July 31, 2008

Honorable Richard J. Sullivan
District Court Judge
Southern District Court of New York
500 Pearl Street
New York, NY 10007

<u>UNITED STATES v. JOSE F. MENDOZA</u>
<u>CASE N°: 07 CR. 00756 (RJS)</u>

Dear Honorable Judge Sullivan:

   This letter is in regards of requesting to petition the Court for a motion for Re-Assignment of Counsel.

   The basis of this petition request is pursuant to issues with my current counsel that are considered in nature to be irreconsilable differences that could not only be detrimental for the defense of my case, and also, the defendant cannot afford to pay attorney Mr. Cristobal Galindo any more money.

   Therefore based the afforementioned the defendant request for Re-Assignment of counsel as soon as conveniently possible.

   Thank you in advance for your assistance in this matter.

                              Respectfully submitted,

                              *Jose Francisco Mendoza*
                              Jose Francisco Mendoza
                              Defendant

JFM/
Cc: file